```
 1  LAURA E. DUFFY
    United States Attorney
 2  CAROLINE J. CLARK
    Assistant U.S. Attorney
 3  California State Bar No. 220000
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Email: caroline.clark@usdoj.gov
    Telephone: (619) 557-7491
 6  Facsimile: (619) 557-5004

 7  Attorneys for Petitioner
```

FILED
10 AUG 30 AM 9:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. HUDMAN,<br><br>　　　　Respondent. | Civil Case No.<br><br>**'10 CV 1804 IEG   BLM**<br><br>DECLARATION OF REVENUE OFFICER CHARLES MUELLER |

I, Revenue Officer Charles Mueller, do hereby declare:

1. At all times mentioned herein, I was a duly commissioned Revenue Officer employed in California Area, Long Beach Territory, Group 13, of the Small Business/Self-Employed Division of the Internal Revenue Service, with a post of duty at San Diego, California.

2. In my capacity as a Revenue Officer, I am and have been conducting an investigation with respect to David B. Hudman ("Respondent"), to determine his ability to pay the income tax liabilities assessed against him for the years 1990, 1996, 1997, 1998, 1999, 2000, 2001, 2002, and 2006.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, on March 5, 2010, I issued a Collection Information Statement ("Collection Summons"), Internal Revenue Service Form 6637, to David B. Hudman with respect to the collection of the assessed income tax liabilities set forth above. The summons required Respondent to give testimony and produce for examination the documents and records described in the summons. A true and correct copy of the Collection Summons is attached to this Declaration as Exhibit A.

4. On March 5, 2010, in accordance with 26 U.S.C. § 7603, I served the Collection Summons on Respondent, by personally handing an attested copy of the summons to a person over 16 years of age at Respondent's last and usual place of abode. A true and correct copy of the Certificate of Service relating to the Collection Summons is attached to this Declaration as Exhibit B.

5. The summons called for Respondent to appear before me on April 22, 2010 at 10:00 a.m. Respondent did not appear before me on April 22, 2010, and did not provide any of the summonsed information.

6. At my request, attorney Jeffrey Schlei of the Office of Division Counsel, Internal Revenue Service, sent a letter to Respondent directing him to comply with the summons and appear before me on June 9, 2010, at 10:00 a.m. at 880 Front Street, Room 3269, in San Diego, California. Respondent did not appear before me on June 9, 2010, and did not provide any of the summonsed information.

7. To date, Respondent has not provided the Internal Revenue Service with any of the testimony or documents requested in the summons.

8. The testimony, books, papers, records and other data sought by the summons are not already in the possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

10. It is necessary to obtain the testimony and to examine the books, papers, records, and other data sought by the Collection Summons, Exhibit A, in order to determine the collectibility of Respondent's assessed income tax liabilities.

11. There is no Department of Justice referral in effect with respect to David B. Hudman.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2010.

CHARLES MUELLER
Revenue Officer
Internal Revenue Service

1  LAURA E. DUFFY
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: caroline.clark@usdoj.gov
   Telephone: (619) 557-7491
6  Facsimile: (619) 557-5004

7  Attorneys for Petitioner

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )
12              Petitioner,        )
                                   )
13         v.                      )    **EXHIBIT A**
                                   )
14 DAVID B. HUDMAN,                )
                                   )
15              Respondent.        )
                                   )

27                          **EXHIBIT A**



# Summons

## Collection Information Statement

In the matter of  DAVID B HUDMAN,  1735 FROUDE ST,  SAN DIEGO, CA 92107-3514
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:**  DAVID B HUDMAN
**At:**  1735 FROUDE ST,  SAN DIEGO, CA 92107-3514

You are hereby summoned and required to appear before C. MUELLER, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010   To 03/04/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

880 FRONT STREET STE 3269,  SAN DIEGO, CA  92101-8897  (619) 615-9546

Place and time for appearance: At  880 FRONT STREET STE 3269,  SAN DIEGO, CA  92101-8897

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  22nd  day of  April , 2010  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  5th   day of  March         , 2010

C. MUELLER                                                  REVENUE OFFICER
Signature of issuing officer                                Title

Signature of approving officer *(if applicable)*            Title

Original -- to be kept by IRS

**Attachment 1 to Summons Form 6637**

In the matter of  **DAVID B HUDMAN**

Period information: Form 1040 for the calendar periods ending December 31, 1990, December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2006

1  LAURA E. DUFFY
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: caroline.clark@usdoj.gov
   Telephone: (619) 557-7491
6  Facsimile: (619) 557-5004

7  Attorneys for Petitioner

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )
12                    Petitioner,   )
                                    )
13         v.                       )    **EXHIBIT B**
                                    )
14 DAVID B. HUDMAN,                 )
                                    )
15                    Respondent.   )
                                    )

**EXHIBIT B**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date 8/05/2010   Time 3:33 PM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Left w/ house sitter.

3:33PM Arrival — TP was out of town at the time of field call. Dogs were loose in yard. Kept conversation short. The information was volunteered - RO did not identify self or show credentials

Signature [signed]   Title Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature [signed]   Title Revenue Officer

Catalog No. 25000Q   Form 6637 (Rev. 10-2006)